BERTRAM A. UNGER v. FIRST NATIONAL SAVINGS BANK CORPORATION OF PEST, BUDAPEST, Also Known as PESTI HAZAI ELSO TAKAREKPENSTAREGYESULET.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.